UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ALEXANDER JONATHAN NAAR            :
1200 Bryan Point Road
Accokeek, MD 20607                 :

   Plaintiff,                      :

v.                                 : CA No. 1:16-cv-218

GOVERNMENT EMPLOYEES               :
INSURANCE COMPANY (Geico)
SERVE: John Dahut, Esquire         :
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910            :

   Defendant.                      :

## COMPLAINT

Comes now the Plaintiff by and through counsel, and for his Complaint states as follows:

1. Jurisdiction for this action is based on 28 US Code § 1364 and 22 US Code § 254(a)(3).

2. On November 19, 2014, Plaintiff was involved in a motor vehicle collision with an employee of the Royal Embassy of Saudi Arabia.

3. On or about November 19, 2014 at approximately 5:30 p.m., Plaintiff was operating a vehicle on the Theodore Roosevelt Bridge, NW, Washington, DC. An insured driver of Defendant Geico, Sulaiman Sultan Almezaiel, was operating a vehicle at the same time and location when Mr. Almezaiel collided with the Plaintiff and Plaintiff's vehicle.

4. At the time of the collision, Sulaiman Sultan Almezaiel was a "member of a mission" within the meaning of the Diplomatic Relations Act, 22 U.S.C. 254a, hence this direct action against the insurance carrier, Geico.

5.   The aforesaid collision was caused by the negligence of Sulaiman Sultan Almezaiel.

6. As a result of said collision, the Plaintiff suffered serious and severe injuries, causing physical pain, mental suffering and requiring ongoing medical care, and incurred lost income, property damage and related costs.

WHEREFORE, the Plaintiff Alexander Jonathan Naar demands judgment against the Defendant Geico in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

Respectfully submitted,

Douglas R. Stevens, #343178
*Attorney for Plaintiff*
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800