# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| ALEXANDER JONATHAN NAAR | |
| Plaintiff | Case No. Case 1:16-cv-218 |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | |
| Defendant | |

### PRAECIPE OF DISMISSAL

The Clerk will kindly enter the above-captioned matter as SETTLED and DISMISSED, with prejudice and without costs.

_____
Douglas Stevens
Bar No: 25767
3158 O St. N.W.
Washington, DC 20007
202-337-3800
info@douglasrstevens.com
Counsel for Plaintiff

_____
Judd A. Rafey
Bar No: 441785
962 Wayne Avenue,
Suite 200
Silver Spring, MD 20910
(301) 587-9626
jarafey@geico.com
Counsel for Defendant